UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| INCASE DESIGN CORP., :<br>                          Plaintiff, :<br>                             v. :<br>UNITED STATES, :<br>                          Defendant. : | Court No. 14-00299, etc.<br>(as per attached schedule) |

**<u>JOINT STATUS REPORT OF JUNE 3, 2021</u>**

In accordance with the Court's orders in these matters directing the parties to file joint status reports within 60 days after the date of final judgment in *Apple Inc. v. United States,* CIT number 13-00239, the parties hereby jointly advise the Court on the status of the actions identified above and in the attached Schedule.

In light of the decision in *Apple,* the parties have conferred concerning the resolution of these matters. Based upon those consultations, Plaintiff is currently reviewing each case to determine which products and entries may be appropriate for stipulation and which entries should be abandoned. Plaintiff anticipates providing this information to Defendant within the next 14-days from the date of this joint status report.

Thereafter, and based upon consultations with Defendant, Plaintiff will provide Defendant with proposed stipulations for judgment, and as needed, with additional information concerning the merchandise in order to dispose of the cases on the attached schedule. Plaintiff anticipates that the preparation of those stipulations can be completed

# JOINT STATUS REPORT

within 30-days of the dat[e]

The parties will eit[her]

another joint status report

this information is comple[te]

By: /s/ Robert F. Seely

Erik Smithweiss

**JOINT STATUS REPORT**                                               **Court No. 14-00299, etc.**

## SCHEDULE OF CASES

| Plaintiff | Court No. |
|---|---|
| Incase Design Corp. | 14-00299 |
| Incase Design Corp. | 15-00144 |
| Incase Design Corp. | 16-00026 |
| Incase Design Corp. | 16-00181 |
| Incase Design Corp. | 17-00037 |