UNITED STATES COURT OF INTERNATIONAL TRADE

| | : | |
|---|---|---|
| INCASE DESIGN CORP., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Court No. 14-00299, etc. |
| | : | (as per attached schedule) |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## JOINT STATUS REPORT OF JUNE 3, 2021

In accordance with the Court's orders in these matters directing the parties to file joint status reports within 60 days after the date of final judgment in *Apple Inc. v. United States,* CIT number 13-00239, the parties hereby jointly advise the Court on the status of the actions identified above and in the attached Schedule.

In light of the decision in *Apple,* the parties have conferred concerning the resolution of these matters. Based upon those consultations, Plaintiff is currently reviewing each case to determine which products and entries may be appropriate for stipulation and which entries should be abandoned. Plaintiff anticipates providing this information to Defendant within the next 14-days from the date of this joint status report.

Thereafter, and based upon consultations with Defendant, Plaintiff will provide Defendant with proposed stipulations for judgment, and as needed, with additional information concerning the merchandise in order to dispose of the cases on the attached schedule. Plaintiff anticipates that the preparation of those stipulations can be completed

JOINT STATUS REPORT                                        Court No. 14-00299, etc.

within 30-days of the date of this joint status report.

The parties will either file with the Court a stipulation of judgment in this case, or file another joint status report advising the Court of the status of the action, as soon as their review of this information is complete, but no later than 180 days from the date of this submission.

Respectfully submitted,

By: /s/ Robert F. Seely
    Erik Smithweiss
    Robert B. Silverman
    Robert F. Seely
    GRUNFELD, DESIDERIO,
    LEBOWITZ, SILVERMAN &
    KLESTADT LLP
    599 Lexington Avenue
    36th Floor
    New York, New York 10022
    Tel.: (212) 557-4000

Attorneys for Plaintiff

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

By: /s/ Justin R. Miller
    JUSTIN R. MILLER
    Attorney-In- Charge
    International Trade Field Office

By: /s/ Beverly A. Farrell
    BEVERLY FARRELL
    Senior Trial Attorney
    International Trade Field Office
    Civil Division, Dept. of Justice,
    Commercial Litigation Branch
    International Trade Field Office
    26 Federal Plaza - Suite 346
    New York, New York 10278
    Tel.: (212) 264-9230/0482
    Attorneys for Defendant

Date: June 3, 2021
    New York, New York

**JOINT STATUS REPORT**                                              **Court No. 14-00299, etc.**

## SCHEDULE OF CASES

| Plaintiff | Court No. |
|---|---|
| Incase Design Corp. | 14-00299 |
| Incase Design Corp. | 15-00144 |
| Incase Design Corp. | 16-00026 |
| Incase Design Corp. | 16-00181 |
| Incase Design Corp. | 17-00037 |